| | |
|---|---|
| ALLACCESS LAW GROUP<br>Irene Karbelashvili, SBN 232223<br>irene@allaccesslawgroup.com<br>Irakli Karbelashvili, SBN 302971<br>irakli@allaccesslawgroup.com<br>1400 Coleman Ave Ste F28<br>Santa Clara, CA 95050<br>Telephone:   (408) 295-0137<br>Facsimile:   (408) 295-0142 | Richard Morin (SBN 285275)<br>Law Office of Rick Morin, PC<br>500 Newport Center Drive Suite 610<br>Newport Beach, CA 92660<br>Phone: (949) 996-3094<br>Email: legal@rickmorin.net |
| *Attorneys for Plaintiff John Rodgers* | *Attorney for Defendants Hoytt Enterprises, Inc. and Pars National Incorporated* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JOHN RODGERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOYTT ENTERPRISES, INC., et al.<br><br>　　　　Defendants. | Case No. 22-cv-03754-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER** |

　　　　Plaintiff John Rodgers ("Plaintiff") Defendants Hoytt Enterprises, Inc. and Pars National Incorporated (collectively, "Defendants") stipulate through their undersigned counsel that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) with each side bearing their own attorney fees, costs, and litigation expenses. The parties further request that the Court continue to exercise jurisdiction over the Consent Decree and Order.

Respectfully submitted,

Dated: February 15, 2023

          /s/
By: Irakli Karbelashvili,
Attorneys for Plaintiff

Dated: February 15, 2023

          /s/
By: Richard Morin,
Attorneys for Defendants

I, Irakli Karbelashvili, attest that I received concurrence from the signatories in the filing of this document.

/s/ Irakli Karbelashvili

**[PROPOSED] ORDER**

Having reviewed the parties' stipulation, and good cause appearing, this action is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the Consent Decree in accordance with its terms.

Dated: _____                          _____
                                                              United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 22-cv-03754-KAW